IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. 24-30229

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*

V.

SARAH E. FOGLE
*Defendant-Appellant*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
USDC No. 6:21-CR-212-02

## MOTION TO WITHDRAW PRESENT COUNSEL AND SUBSTITUTE NEW COUNSEL

NOW INTO COURT, comes Aaron A. Adams, Assistant Federal Public Defender, representing the defendant-appellant and Christopher A. Aberle, CJA panel member for the Middle and Western Districts of Louisiana, who respectfully shows:

1.

The Office of the Federal Public Defender and Aaron A. Adams were appointed to represent appellant SARAH E. FOGLE in her appeal

proceedings. Due to the complex nature of this appeal, the need for fresh input from an experienced appellate attorney, and a prohibitively heavy caseload, the Office of the Federal Public Defender and Aaron A. Adams, are no longer able to represent appellant SARAH E. FOGLE in these proceedings and wish to withdraw.

2.

Christopher A. Aberle, a member of the CJA Panel wishes to enter his appearance to represent appellant SARAH E. FOGLE as substitute counsel.

Considering the foregoing, undersigned counsel prays this Honorable Court allow the Office of the Federal Public Defender and Aaron A. Adams to withdraw as counsel of record and substitute Christopher A. Aberle as new counsel of record for appellant SARAH E. FOGLE.

        Respectfully submitted,

        REBECCA L. HUDSMITH
        Federal Public Defender

BY:   *s/ Aaron A. Adams*
        Assistant Federal Public Defender
        Middle and Western Districts of Louisiana
        102 Versailles Boulevard, Suite 816
        Lafayette, Louisiana 70501

          Telephone: (337) 262-6336
          *Withdrawing Counsel for the Appellant*

BY:      *s/ Christopher A. Aberle*
          LA BAR #24006
          P. O. Box 8583
          Mandeville, LA 70470
          Telephone: (985) 871.4084
          Email: caaberle@gmail.com
          *Substituting Counsel for the Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been served by the Fifth Circuit electronic filing system on the Assistant United States Attorney on April 11, 2024.

                                      *s/ Aaron A. Adams*
                                      AARON A. ADAMS

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 384 words.

2. This document complies with the typeface and typestyle requirements of Fed.R.App.P. 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century typeface with a 14 point font.

Lafayette, Louisiana, April 11, 2024.

*s/ Aaron A. Adams*
AARON A. ADAMS