**CHRISTOPHER A. ABERLE**
ATTORNEY AT LAW
P.O. BOX 8583
MANDEVILLE, LA  70470-8583

Admitted in Louisiana #24006
and California #141416

(985) 871-4084
caaberle@gmail.com

October 1, 2024

Lyle W. Cayce, Clerk
U.S. Court of Appeals
600 S Maestri Pl
New Orleans, LA 70130-3408

**RE:  United States v. Sarah Elaine Fogle, No. 24-30229**

Dear Mr. Cayce,

On behalf of Sarah Elaine Fogle, I am requesting a 30-day, level-1 extension, such that the brief, which is currently due on Monday, October 7, 2024, would be due instead on Wednesday, November 6, 2024.

Fogle requests this extension for the following reasons:

First, this case involves a factually complex trial that generated a record of over 5,000 pages, and as CJA counsel appointed in the first instance on appeal, counsel must carefully review the entire record.

Second, the undersigned is simultaneously working (as CJA counsel) on an Appellant's Brief in *U.S. v. Gunner*, 24-30382, which is also due on October 7, 2024.

Finally, during the original briefing period, the undersigned prepared for and gave oral argument as appointed counsel in *Grace v. Hooper*, 24-30218 (argued September 23, 2024), a complex federal habeas appeal.

The Government has indicated that it does not oppose this request.

Sincerely,

/s/ *Christopher A. Aberle*
Christopher A. Aberle