

**MANASSEH | GILL | KNIPE | BÉLANGER**
A PROFESSIONAL LAW CORPORATION

JAMES P. MANASSEH
JAMES G. KNIPE III
YIGAL BANDER**
JOHN DI GIULIO
BROOKE D. ALEXANDER
JAY M. FUTRELL
FRANK W. BREAUX, JR.
**Also licensed in New York and the District of Columbia

W. ROBERT GILL
ANDRÉ BÉLANGER*
IAN F. HIPWELL
SCOTT H. NETTLES
TANNER C. WOODS
MEREDITH H. WALLACE
*Also licensed in Mississippi and Georgia

October 3, 2024

Lyle W. Cayce, Clerk
U.S. Court of Appeals
600 S. Maestri Pl.
New Orleans, LA 70130-3408

RE: United States v. Jeremiah Micah Deare, No. 24-30229

Dear Mr. Cayce,

On behalf of Jeremiah Micah Deare, I am requesting a 30-day, level-1 extension, such that the brief, which is currently due on Monday, October 7, 2024, would be due instead on Wednesday, November 6, 2024.

Deare requests this extension of time for the following reasons:

First, this case involves a factually complex trial that generated a record of over 5,000 pages and there are additional pretrial issues that need to be addressed on appeal. Second, counsel for codefendant has been approved for a Level I extension, and the undersigned believes that having a consistent filing deadline for the appellants will maximize judicial efficiency. Third, counsel for the Government does not oppose the request.

Sincerely,

/s/ *André Bélanger*
André Bélanger